IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHIRLEY HALL and VADA SMITH,
INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE
OF ROBERT HALL, DECEASED                                             PLAINTIFFS

VS.                                  CASE NO. 06-CV-1012

UNION PACIFIC RAILROAD COMPANY                                       DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant Union Pacific Railroad Company. (Doc. No. 8). The Plaintiffs Shirley Hall and Vada Smith have filed a response. (Doc. No. 15). Defendant has filed a reply to Plaintiffs' response. (Doc. No. 25). Also before the Court is a Motion for Partial Summary Judgment filed on behalf of the Plaintiffs. (Doc. No. 14). Defendant has filed a response to the motion. (Doc. No. 23). Plaintiffs have filed a reply to Defendant's response. (Doc. No. 26). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Plaintiffs' Motion for Partial Summary Judgment should be and hereby is **denied** and the Defendant's Motion for Summary Judgment should be and hereby is **granted**. Plaintiffs' claims against the Defendant are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 1st day of March, 2007.

                                               /s/Harry F. Barnes
                                               Hon. Harry F. Barnes
                                               United States District Judge

Case 1:06-cv-01012-HFB   Document 42   Filed 03/01/07   Page 2 of 2 PageID #: 1203